UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 2:14-CR-29-PPS-PRC |
| | ) | |
| v. | ) | |
| | ) | |
| GARY LAMONT LINDSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Paul Cherry, relating to Defendant Gary Lamont Lindsey's request to enter a plea of guilty pursuant to Federal Rules of Criminal Procedure 11. Following a hearing on the record on March 27, 2014, Magistrate Cherry found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty. Accordingly, Magistrate Judge Cherry recommends that the Court accept Defendant's plea of guilty to the offense charged in Count I of the Information and that Defendant be adjudged guilty of the offense charged in Count I of the Information and have sentence imposed.

Neither party has filed an objection to Magistrate Judge Cherry's Findings and Recommendation. The Court having reviewed Magistrate Judge Cherry's Findings and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Findings and Recommendation in its entirety and **ORDERS** that Defendant be sentenced on April 29, 2014 at 10:30 A.M.

**SO ORDERED**.

ENTERED: April 15, 2014

                                                s/ Philip P. Simon
                                                PHILIP P. SIMON, JUDGE
                                                UNITED STATES DISTRICT COURT